[No. 31700-5-III.   Division Three.   October 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. COLE LEE HEALY, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 13-1-00018-3, Allen Nielson, J., entered May 20, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31955-5-III.   Division Three.   October 20, 2015.]

*In the Matter of the Personal Restraint of* KEVIN LEE HILTON, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 32059-6-III.   Division Three.   October 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. ROBISON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03389-0, Salvatore F. Cozza, J., entered November 12, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32087-1-III.   Division Three.   October 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LISSA RAFTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 13-1-00018-8, John F. Strohmaier, J., entered November 20, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.